IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSE ORTIZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; AND RYAN PARKS, | § § § § § § § § § § § § § § § § | SA-20-CV-00503-OLG |
| *Plaintiffs,* | | |
| vs. | | |
| ENSIGN U.S. DRILLING (SW), INC., ENSIGN UNITED STATES DRILLING, INC., TRINIDAD DRILLING, LLC, TRINIDAD DRILLING, L.P., | | |
| *Defendants.* | | |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings on August 3, 2020 [#29]. The docket reflects that several early dispositive motions are pending, as well as a motion to conditionally certify a class under the Fair Labor Standards Act. The Court is of the opinion this case should be set for a status conference to address the pending motions and procedural posture of this newly referred case. Although the Court will not hear full oral argument on each of the pending motions, counsel should be prepared to generally brief the Court on the basis for each of the motions and how to best expedite the resolution of the motions so that a scheduling order may be entered in this case.

**IT IS THEREFORE ORDERED** that this case is set for a telephonic status conference at **10:30 a.m.** on **September 8, 2020**. Due to the restrictions imposed by COVID-19, counsel for all parties are **required to appear by phone** for the conference.

The contact information for the hearing is as follows:

1

\*\*Please call in 5 minutes prior to start of hearing.\*\*

1. Toll free number:  888-808-6929

2. Access code: 9923187

3. Participant Security Code: 090820

If there are questions regarding the telephonic appearance, the parties should contact Valeria Sandoval, Courtroom Deputy, at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

The use of speaker phones is prohibited during a telephonic appearance.  Additionally, because earlier hearings in other cases may be in progress at the time attorneys call in for their scheduled hearing, attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to address them before they speak.

**IT IS SO ORDERED.**

SIGNED this 24th day of August, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE