IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSE ORTIZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § § § § § § § § § § § | SA-20-CV-00503-OLG |
| *Plaintiffs,* | | |
| vs. | | |
| TRINIDAD DRILLING, LLC, TRINIDAD DRILLING, L.P., | | |
| *Defendants.* | | |

## ORDER

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings. On August 28, 2020, the Court received Plaintiff's Stipulation of Voluntary Dismissal of Defendant Ensign U.S. Drilling (SW), Inc. [#42]. The filing stipulates to the dismissal of Defendant Ensign U.S. Drilling (SW), Inc. pursuant to 41(a)(1)(A)(ii). The stipulation is signed by counsel for Plaintiff Jose Ortiz, on behalf of himself and all others similarly situated. Defendant Ensign U.S. Drilling (SW), Inc. has a number of dispositive motions pending in this case. In light of the dismissal, the Court will dismiss these motions as moot.

The Court also notes that Plaintiff has also voluntarily dismissed Defendant Ensign United States Drilling, Inc. from this suit [#37]. This Defendant also has a pending motion to dismiss on file [#24], but the motion will not be dismissed as Defendant Trinidad Drilling LLC is also a party to the motion.

2

**IT IS THEREFORE ORDERED** that Defendant Ensign U.S. Drilling (SW), Inc.'s Motion for Judgment on the Pleadings [#35] and Defendant Ensign U.S. Drilling (SW), Inc.'s Motion for Summary Judgment [#36] are **DISMISSED AS MOOT**.

SIGNED this 31st day of August, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE