UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSE ORTIZ,<br>Individually and on behalf<br>of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>TRINIDAD DRILLING, LLC., and TRINIDAD DRILLING, LP,<br><br>*Defendants.* | § § § § § § § § § § § § § § § | Civil Action No. 5:20-cv-00503-OLG<br><br><br>JURY TRIAL DEMANDED<br><br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b) |

## NOTICE OF SETTLEMENT

Plaintiff, Jose Ortiz, individually and on behalf of all Opt-In Plaintiffs, Trinidad Drilling, LLC, and Trinidad Drilling, LP, (collectively, the "Parties") have reached an amicable resolution of this matter. The Parties anticipate filing settlement documents with this Court within thirty (30) days of the filing of this Notice.

Date:   June 22, 2021    Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By:   /s/ *Clif Alexander*
**Clif Alexander**
Texas Bar No. 24064805
clif@a2xlaw.com
**Lauren E. Braddy**
Texas Bar No. 24071993
lauren@a2xlaw.com
**Alan Clifton Gordon**
Texas Bar No. 00793838
cgordon@a2xlaw.com
**Carter T. Hastings**
Texas Bar No. 24101879
carter@a2xlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

*Attorneys for Plaintiff and the Opt-In Plaintiffs*


**SEYFARTH SHAW LLP**

By:   /s/ *John P. Phillips*
**Robert J. Carty, Jr.**
Texas Bar No. 00788794
**Emma Mata**
Texas Bar No. 24029470
**John P. Phillips**
Texas Bar No. 24083659
700 Milam Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340
rcarty@seyfarth.com
emata@seyfarth.com
jphillips@seyfarth.com

*Attorneys for Defendants Trinidad Drilling, LLC
And Trinidad Drilling, LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service by electronic means.

/s/ *Clif Alexander*
Clif Alexander