**FILED**

August 11, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ JU

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOSE ORTIZ,**<br>**Individually and on behalf**<br>**of all others similarly situated,** | § § § § § | **Civil Action No. 5:20-cv-00503-OLG** |
| *Plaintiff,* | § § § | |
| v. | § § § | **JURY TRIAL DEMANDED** |
| **TRINIDAD DRILLING, LLC., and TRINIDAD**<br>**DRILLING, LP,** | § § § | |
| *Defendants.* | § § § § § | **COLLECTIVE ACTION**<br>**PURSUANT TO 29 U.S.C. § 216(b)** |

---

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH**
**PREJUDICE AND FOR APPROVAL OF SETTLEMENT AGREEMENT**

---

On this day, the Court considered the Plaintiff's Unopposed Motion to Dismiss with Prejudice and for Approval of Settlement Agreement ("Motion"), requesting approval of the Settlement Agreement ("Agreement") and resolution and dismissal of all claims against Defendants Trinidad Drilling, LLC and Trinidad Drilling, LP ("Defendants") by all Plaintiffs, with prejudice to re-filing. After considering the Motion, the pleadings on file, and the arguments of counsel, if any, the Court is of the opinion that the Motion has merit and should be in all things GRANTED. The court incorporates the defined terms in the Settlement Agreement on file into this order, and finds the settling parties are represented by counsel, the settlement was negotiated at arm's length, the settlement fairly resolves a *bona fide* wage dispute, and the terms of the settlement and apportionment of the proceeds are fair and reasonable. In sum, the settlement is in the best interest of all settling parties. . This document is a judgment and the above-captioned case may be closed.

ORDERED this __11th__ day of _____August_____, 2021.

_____
HON. ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE